912

No. 1303. Lear, Inc. v. Adkins. Sup. Ct. Cal. Certiorari granted. *C. Russell Hale, Edwin L. Hartz, Thomas G. Corcoran,* and *Allen E. Throop* for petitioner. *Allen E. Susman* for respondent.

No. 1246. Oestereich v. Selective Service System Local Board No. 11, Cheyenne, Wyoming, et al. C. A. 10th Cir. Certiorari granted. *Melvin L. Wulf, Alan H. Levine,* and *Marvin M. Karpatkin* for petitioner. *Solicitor General Griswold* for respondents.

No. 1142. Underhill v. Illinois. Sup. Ct. Ill. Certiorari denied. *Howard T. Savage* for petitioner. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole,* Assistant Attorney General, for respondent.

No. 1272. Fruge v. Louisiana. Sup. Ct. La. Certiorari denied. *Sam J. D'Amico* and *Robert L. Kleinpeter* for petitioner.

No. 1242. Bromberg et al. v. Holiday Inns of America et al. C. A. 7th Cir. Certiorari denied. *Morris S. Bromberg, Alex Elson, Willard J. Lassers,* and *Aaron S. Wolfe* for petitioners. *Miles G. Seeley* for respondents.